**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **BILL REECE, et al.,** <br> **Plaintiffs,** | ) <br> ) <br> ) | |
| **vs.** | ) | **Case No. 6:12-CV-00457-JHP** |
| **AES CORPORATION, et al.,** <br> **Defendants.** | ) <br> ) <br> ) | |

**JOINT NOTICE OF SETTLEMENT AND DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiffs and Defendant, Quick Transport of Arkansas, Inc. ("Quick Transport") and hereby gives notice to the parties of the settlement reached on December 6, 2012. The parties, through their respective undersigned counsel, hereby stipulate to the dismissal of Plaintiffs' claims against Quick Transport with prejudice pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii).

Respectfully submitted,

Brewster & De Angelis, P.L.L.C.,

By: **_/s Montgomery L. Lair__________**

Clark O. Brewster, OBA# 1114
Montgomery L. Lair, OBA# 12416
J. Randall Miller
2617 East 21st Street
Tulsa, Oklahoma 74114
(918) 742-2021; Fax (918) 742-2197
**and**
Harlan E. Hentges
Harlan Hentges, PLLC
1015G Waterwood Parkway, Suite F1
Edmond Oklahoma, 73034
(405) 340-6554
**and**
Robert L. Stockton
Stockton Law Firm
2210-B North Broadway
Poteau, OK 74953
***Attorneys for the Plaintiffs and Purported Class Representatives***

**Gungoll, Jackson, Collins, Box & Devell, PC**

By: **_/s Matthew S. Panach** (signed with permission to filing attorney)
Matthew S. Panach
Bradley A. Gungoll
101 Park Avenue Suite 1400
Oklahoma City, OK 73102
***Attorneys for Quick Transport***

**CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing instrument was served this 7th day of December, 2012 via the Court's Electronic Court Filing System upon the following counsel of record:

Fred A. Leibrock
**Phillips Murrah P.C.**
Corporate Tower, Thirteenth Floor
101 North Robinson
Oklahoma City, OK 73102
***Attorneys for Defendant George Colliers, Inc.***
*faleibrock@phillipsmurrah.com*

David W. Wulfers
Todd Maxwell Henshaw
Kara E. Moore
**James, Potts & Wulfers, Inc.**
2600 Mid-Continent Tower
401 South Boston Avenue
Tulsa, OK 74103-4015
***Attorneys for Bear Productions and Big Mac Tank Trucks, Inc.***
*dwulf@jpwlaw.com; bclark@jpwlaw.com; thenshaw@jpwlaw.com; kmoore@jpwlaw.com*

Harlan E. Hentges
**Harlan Hentges, PLLC**
1015G Waterwood Parkway, St. F1
Edmond, OK 73034
***Attorneys for Plaintiffs and Purported Class Representatives***

Jeff Belote
P.O. Box 1910
McAlester, OK 74502
***Attorney for Integrity***
*jeff@jeffbelotelaw.com; leslie@jeffbelotelaw.com*

J. Randall Miller
**The Miller Law Group, PLLC**
222 S. Kenosha Ave.
Tulsa, OK 74120
***Attorneys for Plaintiffs and Purported Class Representatives***

Timothy J. Bomhoff
McAfee & Taft
10th Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, OK 73102-7103
***Attorneys for Defendant Chesapeake Operating Inc., Petrohawk Operating Company and SEECO, Inc.***
***tim.bomhoff@mcafeetaft.com***

William A. Waddell, Jr.
**Friday Eldredge & Clark**
400 West Capitol Avenue
Regions Center, Suite 2000
Little Rock, AR 72201-3522
***Attorneys for Arrington Oil and Gas Operating LLC***

Trae Gray
**The Law Offices of Trae Gray, PLLC**
28 N. Main
Coalgate, OK 74538
***Attorneys for Arkoma Tanks, LLC and C. & C. Tank Truck Service, Inc.***
*traegray@traegray.com; tg@landownerfirm.com*

L. Mark Walker
C. Miles Tolbert
**Crowe & Dunlevy, APC**
20 North Broadway, Ste 1800
Oklahoma City, OK 73102-8273
***Attorneys for A&A Tank Truck Company***
mark.walker@crowedunlevy.com;
miles.tolbert@crowedunlevy.com

Matthew S. Panach
Bradley A. Gungoll
**Gungoll, Jackson, Collins, Box & Devell, PC**
101 Park Avenue Suite 1400
Oklahoma City, OK 73102
***Attorneys for Quick Transport of Arkansas***
*panache@gungolljackson.com;*
*gungoll@gungolljackson.com*

Christopher A. Neal
**The Neal Law Firm PC**
300 Harwood Road
Bedford, TX 76201
***Attorneys for Triple Transport, Inc.***

Michael E. Smith
J. Todd Woolery
Sharon T. Thompson
**Hall, Estill, Hardwick, et al.**
100 N. Broadway, Suite 2900
Oklahoma City, OK 73102
***Attorneys for AES Group, AES Corporation, AES Shady Point, LLC, Mountain Minerals, LLC, and Coal Creek Minerals, LLC***
mesmith@hallestill.com

James Reed
**Hall Estill Hardwick, et al.**
320 South Boston, Suite 200
Tulsa, OK 74103
***Attorneys for AES Group***
*jreed@hallestill.com*

Doug Sanders
**Sanders Sanders & Sullivan**
P.O. Box 279
Poteau, OK 74953
***Attorneys for AES Group***

Brian R. McLaughlin
Stone B. Sanders
**McLaughlin & Sanders PLLC**
109 East Main Street
Stigler, OK 74464
***Attorneys for Bishop Trucking & Welding and B&B Gas Well Services, LLC***
*mclaughlinlaw@justice.com;*
*stonebsanderslaw@yahoo.com*

J. Dillon Curran
**Conner & Winters**
1700 One Leadership Square
211 North Robinson
Oklahoma City, OK 73102
***Attorneys for Graco Fishing & Rental Tools, Inc.***

Jeffrey S. Ludlam
Joseph K. Goerke
Trevor S. Pemberton
**Mulinex, Ogden, Hall & Ludlam**
3030 Oklahoma Tower
210 Park Avenue
Oklahoma City, OK 73102
***Attorneys for Arkoma Services***

Sarah J. Timberlake
Mary B. Scott
Amy R. Steele
William C. McAlister
**Abowitz, Timberlake, Dahnke & Gisinger**
105 North Hudson, 10th Floor
Oklahoma City, OK 73101
***Attorneys for Bear Productions, Inc.***
*mainmail@abowitzlaw.com; mtj@abowitzlaw.com; sit@abowitzlaw.com; mbs@abowitzlaw.com; vlf@abowitzlaw.com*

William S. Leach
Jessica L. Dickerson
**McAfee & Taft**
1717 S. Boulder, Suite 900
Tulsa, OK 74119
***Attorneys for Ross Explorations, Inc., Chesapeake Operating Inc., and Petrohawk Operating Company***

Robert L. Stockton
2210-B North Broadway
Poteau, OK 74953
***Attorney for Plaintiffs***

A. Scott McDaniel
Stacy L. Acord
Andrew M. Conway
**McDaniel Acord, PLLC**
320 South Boston Avenue, Suite 700
Tulsa, OK 74103
***Attorneys for BP Entities***

Harold E. Heath
**Harold Heath Law Offices**
103 West Main – P.O. Box 472
Holdenville, OK 74848
***Attorneys for C&C Tank Truck***
*Harold@heathlawoffice.com*

Jason David Smith
**The Smith Law Firm, P.C.**
Post Office Box 19
Jay, OK 74346
***Attorney for R&J Trucking and Jerry Fowler a/k/a R & J Trucking, Incorporated***

C. Michael Daily
**Daily & Woods, P.L.L.C.**
P.O. Box 1446
Fort Smith, AR 72902-1446
***Attorneys for Hanna Oil & Gas Company and Shields Operating, Inc.***
*mdaily@dailywoods.com*

Pine Drewyor
**Kendall Drewyor Law Firm**
3706 Pinnacle Hills Parkway,
Ste 201
Rogers, AR 72758
***Attorneys for Farrell-Cooper Mining Company and Brazil Creek Minerals, Inc.***
*pdrewyor@lswsl.com; pine@kendalldrewyor.com*

John D. Russell
**Fellers, Snider, Blankenship, Bailey & Tippens, P.C.**
321 South Boston Avenue, Suite 800
Tulsa, OK 74103-3811
***Attorneys for Arrington Oil and Gas Operating LLC***

Neal Tomlins
**TOMLINS LAW, PLLC**
Southern Hills Tower Suite 320
2431 East 61st Street
Tulsa, OK 74136
***Attorneys for Sinclair Trucking Company***
***Neal@tomlinslaw.com***

Linda C. Martin
N. Lance Bryan
**DOERNER, SAUNDERS**
2 West 2nd Street, Suite 700
Tulsa, OK 74103
***Attorneys for MMHF, Thumbs UP Ranch, Daryl and Kevin Jackson***
*lmartin@dsda.com; lbryan@dsda.com*

Lance E. Leffel
**FELLERS SNIDER**
100 North Broadway Avenue
Suite 1700
Oklahoma City, OK 73102
***Attorneys for TXD Transport, LP***
*lleffel@fellerssnider.com*

Jeffrey T. Hall
Holden & Carr
15 E. 5th Street, Suite 3900
Tulsa, OK 74103

Warren Gotcher
Matthew T. Sheets
**Gotcher & Beaver**
323 East Carl Albert Parkway
P.O. Box 160
McAlester, OK 74502
***Attorney for Mike Krebbs Construction, Inc.***
*warren@gotcher-beaver.com*

Steven E. Holden
Jason T. Seay
**Holden & Carr**
15 East 5th Street, Suite 3900
Tulsa, OK 74103
***Attorneys for Eastern Tank Service, Inc.***
*steveholden@holdenlitigation.com; jseaycityoftulsa.org*

Robert M. Honea
**Hardin Jesson & Terry PLC**
P.O. Box 10127
Fort Smith, AR 72917-0127
***Attorneys for XTO Energy, Inc. and Cholla Petroleum, Inc. and Hogback Exploration, Inc.***
*honea@hardinlaw.com*

Robert P. Coffey, Jr.
Michael J. McDaniel
David C. Senger
Philard L. Rounds, Jr.
**Coffey, Gudgel & McDaniel, PLLC**
4725 East 91st Street, Suite 100
Tulsa, OK 74137
***Attorneys for McCorkle Truck Line, Inc.***
*robert@cgmlawok.com; Michael@cgmlawok.com; david@cgmlawok.com; robert@cgmlawok.com*

Charles D. Neal, Jr
Gary C. Crapster
Rachel D. Parrilli
**Steidley & Neal, PLLC**
CityPlex Towers, 53rd Floor
2448 East 81st Street
Tulsa, OK 74137
***Attorneys for Marine Coal Sales Company, International Coal Group, LLC, and Hunter Ridge Coal Company***
cdn@steidley-neal.com

Rusty Smith
**Brennan, Smith & Cherbini, PLLC**
P.O. Box 1067
Muskogee, OK 74402-1067
***Attorneys for Arkoma Tanks, LLC and C. & C. Tank Truck Service, Inc.***
*rsmith@muskogeelawyers.com*

Philip O. Watts
210 Park Avenue, Suite 1110
Oklahoma City, OK 73102
***Attorneys for Ash Grove Resources, LLC***
*wattslawoffices@coxinet.net*

Stephen R. Palmer
Daniel K. Zorn
**Collins, Zorn & Wagner, P.C.**
429 N.E. 50th, Second Floor
Oklahoma City, OK 73105
***Attorneys for Defendant, Big Mac Tank Trucks, L.L.C.***
***dkz@czwglaw.com***

Clint Russell
R. Stratton Taylor
400 W. Fourth Street, P.O. Box 309
Claremore, OK 74018
***Attorneys for Stephens Production Company***
*crussell@soonerlaw.com; staylor@soonerlaw.com*

s/ Montgomery L. Lair